Tavuor, Chief-Justice,
 

 delivered the opinion of the Court:
 

 The case sent up refers to the Court a single question, whether McBryde’s possession of the slaves makes the deed fraudulent and void ? If it be decided that it docs not, judgment is to be entered for the Plaintiff. But upon looking into the deeds transmitted with the case, it will appear that there is a still more important enquiry $ for the mortgage, deed to Cowan was not registered within fifty days from the time it was made, nor until after the registration of the deed 1o the Defendant. If, by this, the Plaintiff has lost his priority, the title of the slave is not in him. So, that the merits of the case are not disclosed by tbe statement. It is therefore proper that there should be a new trial, for the purpose of bringing forward those other circumstances which relate to the title.